**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 3, 2013

No. 12-40500

Lyle W. Cayce
Clerk

In the Matter of:  JIM CHAMBERS,

Debtor

------------------------------------------------------------------

JIM CHAMBERS; MARY ANN CHAMBERS; MARK WEISBART,

Appellants

v.

FIRST UNITED BANK & TRUST COMPANY,

Appellee

Appeal from the United States District Court
for the Eastern District of Texas
4:10-CV-70

Before KING, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Appellants Jim and Mary Ann Chambers appeal the district court's order affirming a bankruptcy court judgment regarding the validity of a bank lien. After reviewing the briefs and the record in this matter, we agree with the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-40500

thorough, well-reasoned analysis provided by the bankruptcy court in holding that First United Bank & Trust's lien securing the 2004 loan was valid under the Texas Constitution.  Because the district court did not err in affirming the judgment of the bankruptcy court, we AFFIRM.